**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                    Case No.   15-10192-AJC

Henry Mondestin,                                 Chapter   13

_____Debtor_____/

**AMENDED FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

**A.**     The final Mortgage Modification Mediation ("MMM") conference was conducted on June 26, 2015 and the following parties were present:

    1.  [X] The Debtor Henry Mondestin and the Debtor's attorney, Daniel Katz.
    2.  [ ] The co-obligor/co-borrower/or other third party.
    3.  [X] The Lender's representative Bob Richko and Lender's attorney, Vanessa Torres.
    4.  [ ] Other:

**B.**     The final MMM conference was not conducted for the following reason:

    1.  [ ] The parties settled prior to attending.
    2.  [ ] The case was dismissed.
    3.  [ ] The Debtor or [ ]  Debtor's attorney failed to attend.
    4.  [ ] The Lender's representative or [ ]  Lender's attorney failed to attend.
    5.  [ ] Other: _____.

**C.**     The result of the MMM conference is as follows:

    1.  [ ] The parties reached an agreement.
    2.  [X] The parties did not reach an agreement.

Dated: July 30, 2015

                                                   _/s/:Stacy H. Bressler____
                                                   Stacy H. Bressler, Esq.
                                                   8201 Peters Road, Suite 1000
                                                   Plantation, FL 33324
                                                   Telephone: (954) 557-5526
                                                   email: sbressler@aol.com

Copies to:
all parties to mediation