UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                             CASE NO.: 15-10192-AJC
                                                                                          CHAPTER 13

Henry Mondestin,

Debtor.

_____/

**MOTION TO VACATE ORDER GRANTING DEBTOR'S SECOND MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION AND MOTION IN OPPOSITION TO MOTION FOR MORTGAGE MODIFICATION MEDIATION**

**COMES NOW**, ALS IX, LLC ("Creditor"), by and through undersigned counsel, hereby files its Motion to Vacate Order Granting Debtor's Second Motion for Referral to Mortgage Modification Mediation and Motion in Opposition to Motion for Mortgage Modification Mediation filed by Debtor, Henry Modestin and, in support thereof, states as follows:

1. The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, FRBP 4001(a) and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the United States of America.

2. Creditor holds a first mortgage on the property located at 643 Northeast 204 Lane, North Miami, Florida 33179. The mortgage was recorded on January 28, 2008 at Book 26183 at Page 2801 in the official records of Miami-Dade County, Florida.

3. Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 6, 2015.

4. Debtor filed the first Ex-Parte Verified Motion for Referral to Mortgage Modification Mediation on March 3, 2015. An Order was entered on March 4, 2015 and the parties attended the mediation in good faith.

  

13-25150 - LiL

5.  The mediation resulted in no agreement and a final report was filed on July 30, 2015 (DE 41).

6.  Debtor thereafter modified the plan to conform to Creditor's timely filed proof of claim.

7.  Creditor determined there was a defect in the proof of claim and amended the document to reflect the accurate pre-petition default on June 23, 2016. Amendments to timely creditor proofs of claim have been liberally permitted to "cure a defect in the claim as originally filed, to describe the claim with greater particularity or to plead a new theory of recovery on the facts set forth in the original claim." *See In re International Horizons, Inc.*, 751 F.2d 1213, 1216 (11th Cir. 1985).

8.  Debtor failed to modify the plan to conform to the new figures and did not object to the amended claim.

9.  Creditor filed a Motion to Compel a Modified Plan which has been set for hearing and has been continued to January 31, 2017.

10. In the interim, Debtor filed a Second Motion for Referral to Mortgage Modification Mediation on negative notice despite having knowledge that the case was being contested. Creditor advised debtor counsel's office through electronic communication that Creditor could not agree to the Second Motion for Referral to Mortgage Modification Mediation.

11. Debtor nevertheless submitted an Order to the Court and it was entered on January 11, 2017 (DE 69). The Order directs the Creditor to engage in a second mediation.

12. Creditor is not in an agreement with a second mediation since the Debtor has failed to demonstrate a significant change in circumstances.

13-25150 - LiL

13. Creditor requests this Court vacate the Order Granting Verified Out of Time Motion for Referral to Mortgage Modification (DE 69) and deny Debtor's Verified Out of Time Motion for Referral to Mortgage Modification Mediation.

**WHEREFORE,** Creditor respectfully requests Court vacate the Order Granting Verified Out of Time Motion for Referral to Mortgage Modification and deny Debtor's Verified Out of Time Motion for Referral to Mortgage Modification Mediation, and for such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) and/or United States first class mail postage prepaid to the Attached Mailing List this 12th day of January, 2017.

<div style="margin-left:40%">

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969


By: */s/ Vanessa D. Torres*_____
Vanessa D. Torres, Esquire
Florida Bar No. 93113
Communication Email: vdtorres@rasflaw.com

</div>

13-25150 - LiL

<u>Mailing List</u>

NANCY N. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

ROBERT A STIBERMAN
2601 HOLLYWOOD BLVD
HOLLYWOOD, FL  33020

HENRY MONDESTIN
643 NE 204 LN
MIAMI, FL  33179

                By: */s/ Vanessa D. Torres*_____
                Vanessa D. Torres, Esquire
                Florida Bar No. 93113
                Communication Email: vdtorres@rasflaw.com

13-25150 - LiL