

**ORDERED in the Southern District of Florida on February 17, 2017.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 15-10192-AJC
CHAPTER 13

Henry Mondestin,

    Debtor.

_____/

## ORDER DENYING MOTION TO VACATE ORDER GRANTING DEBTOR'S SECOND MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION AND MOTION IN OPPOSITION TO MOTION FOR MORTGAGE MODIFICATION MEDIATION AND MOTION TO COMPEL DEBTOR TO FILE A MODIFIED CHAPTER 13 PLAN

    THIS CASE came on for hearing on January 31, 2017 upon the Motion to Vacate Order Granting Debtor's Second Motion for Referral to Mortgage Modification Mediation and Motion in Opposition to Motion for Mortgage Modification Mediation filed by ALS IX, LLC, Document

  

No. 70 and Motion to Compel Debtor to File Modified Chapter 13 Plan filed by ALS IX, LLC, Document No. 55.  For the reasons stated orally and recorded in open Court, it is

ORDERED:

1. The Motion to Compel Debtor to File Modified Chapter 13 Plan is DENIED.

2. The Motion to Vacate Order Granting Debtor's Second Motion for Referral to Mortgage Modification Mediation is CONTINUED for 150 days in order to faciliate the completion of the MMM process.

###

Attorney Vanessa D. Torres is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Robertson, Anschutz & Schneid, P.L.
ATTORNEYS FOR SECURED CREDITOR
6409 CONGRESS AVENUE, SUITE 100
Boca Raton, FLORIDA 33487
mail@rasflaw.com

NANCY N. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

ROBERT A STIBERMAN
2601 HOLLYWOOD BLVD
HOLLYWOOD, FL  33020

HENRY MONDESTIN
643 NE 204 LN
MIAMI, FL  33179

13-25150 - VaD