UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                        Case No.  15-10192-AJC

Henry Mondestin,                                  Chapter   13

_____Debtor_____/

### FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

**A.** The final Mortgage Modification Mediation ("MMM") conference was conducted on May 24, 2017 and the following parties were present:

1. [X] The Debtor Henry Mondestin and the Debtor's attorney Daniel Katz.
2. [ ] The co-obligor/co-borrower/or other third party.
3. [X] The Lender's representative Steve Amster and Lender's attorney Daniel Gielchinsky.
4. [ ] Other:

**B.** The final MMM conference was scheduled for _____, 2017, but not conducted for the following reason:

1. [ ] The parties settled prior to attending.
2. [ ] The case was dismissed.
3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
5. [ ] Other

**C.** The result of the MMM conference is as follows:

1. [X] The parties reached an agreement.
2. [ ] The parties did not reach an agreement.

Dated: June 13, 2017

                                _/s/:Stacy H. Bressler____
                                Stacy H. Bressler, Esq.
                                8201 Peters Road, Suite 1000
                                Plantation, FL 33324
                                Telephone: (954) 557-5526
                                email: sbressler@aol.com

Copies to:
all parties to mediation